UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, *individually and on*
*behalf of all others similarly situated*,

                         Plaintiff,

       v.

FELTMAN'S OF CONEY ISLAND HOLDCO,
LLC,

                         Defendant.

**ORDER**

21 Civ. 9295 (ER)

RAMOS, D.J.

On November 10, 2021, Yensy Contreras brought this action against Feltman's Of Coney Island Holdco, LLC ("Feltman's"). Doc. 1. Feltman's was served on December 7, 2021. Doc. 5. To date, Feltman's has neither appeared in this action nor responded to the Complaint.

Contreras is therefore directed to submit a status report regarding the case by **April 19, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: April 12, 2022
      New York, New York

_____
                    Edgardo Ramos, U.S.D.J.